**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

TIMOTHY ETTER,

          Plaintiff,

    v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

          Defendant.

Case No.  3:23-cv-00195-MPB-CSW

## DEFENDANT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S WITNESS AND EXHIBIT LISTS

Defendant, The Prudential Insurance Company of America ("Prudential"), by and through its attorneys, pursuant to this Court's Order dated January 29, 2024 submits the following list of potential fact witnesses:

The claim against Prudential is a claim for benefits brought pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA" ).  Accordingly, the parties are not entitled to any discovery beyond the confines of the administrative record. These disclosures represent information reasonably known and available at this time and are subject to Prudential's ongoing investigation and ongoing discovery.  By providing any information, Prudential does not concede the materiality of the subject to which it refers. Prudential's witness list and exhibit list are provided expressly subject to, and without waiving or intending to waive, any questions or objections as to the competency, relevancy, materiality, privilege, or admissibility as evidence or for any other purpose, of any of the information produced or identified in any proceeding including the trial of this action or any subsequent proceeding. By identifying potential witnesses

308932138v.2

and potential exhibits, Prudential in no way waives or intends to waive any privilege that may apply to any item of information within those categories.

Prudential's investigation of the claims and defenses in this matter is continuing. Prudential therefore reserves the right to supplement these lists at a future date. Prudential also reserves the right to use at trial witnesses or trial exhibits not identified herein but subsequently identified during discovery.

Prudential states that all such persons who may have knowledge of facts related to Plaintiff's claims are identified in the administrative record, which Prudential produced to Plaintiff on February 15, 2024. Prudential further states that it will provide two witnesses to verify the contents of the administrative record as business records. Finally, Prudential states that all such exhibits that may be used at trial are contained in the administrative record.

DATED:  February 23, 2024

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Julie M. Kamps*
　　Julie M. Kamps
　　jkamps@seyfarth.com

SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000

Attorneys for Defendant
*The Prudential Insurance Company of America*

2

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused a true and correct copy of the foregoing DEFENDANT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S WITNESS AND EXHIBIT LISTS to be served upon the following, via the Court's CM/ECF system, on this 23rd day of February 2024:

Madison Tate Donaldson
MARC WHITEHEAD & ASSOCIATES
403 Heights Blvd
Houston, TX 77007
Madison@marcwhitehead.com

Melissa A. Davidson
Hankey, Marks & Crider
429 E. Vermont Street, Suite 200
Indianapolis, IN 4620
mdavidson@hankeylaw.com

*/s/ Julie M. Kamps*
Julie M. Kamps